# *United States District Court*

***District of Minnesota***

Rodsongs, Edwin H. Morris &
Compnay, Charles Strouse, EMI April
Music Inc. Phil Vassar Music, Kipahulu
Music Co., almo Music Corp.,
Famous Music Corporation

Plaintiff(s)

vs. Civil Case No. 00-695 RHK/JMM

KYMN Inc, and Wayne t. Eddy
Defendant(s)

## CLERK'S ENTRY OF DEFAULT

It appearing that KYMN, Inc. and Wayne T. Eddy, defendant(s), is in default for failure to plead or otherwise defend in this action, as required by law, now, therefore, on application of plaintiff,

**Default is hereby entered against KYMN , Inc. and Wayne T. Eddy**

this 10th day of April, 2000

FRANCIS E. DOSAL
Clerk of Court
Victoria Moralez
By: Victoria Moralez
Deputy Clerk

5