# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Rodsongs, Edwin H. Morris & Company,
Charles Strouse, EMI April Music Inc.,
Phil Vassar Music, Kipahulu Music Co.,
Almo Music Corp., Famous Music Corporation

Case No. Civil 00-695RHK/JMM

v.

**JUDGMENT IN A CIVIL CASE**

KYMN, Inc. and Wayne T. Eddy

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that permanent injunction is entered and that plaintiffs have and recover from defendants the sum of $36,000 as statutory damages, $812 in attorneys' fees and $450 in costs for a total of $37,217.00.

DATE: June 28, 2000

FRANCIS E. DOSAL, CLERK

Denise La Fond, Deputy Clerk